IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>ROBERT JAY SORENSEN,<br><br>Defendant, | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br><br><br><br><br>Case No. 2:99-CR-441 TS |

This matter is before the Court on Defendant's Motion to Dismiss for Lack of Jurisdiction.[1]  Defendant argues, under *Wickard v. Filburn*,[2] that the Court lacks subject matter jurisdiction.  18 U.S.C. § 3231 gives the Court subject matter jurisdiction over "all offenses against the laws of the United States."  Defendant was charged in a three-count Superseding Indictment with a violation of 21 U.S.C. § 841(d)(2), 21 U.S.C. § 841(a)(2), and 21 U.S.C. § 841(a)(1), all federal statutes.  Defendant ultimately pleaded guilty to Counts 1 and 2 of the Indictment.  Since the offenses involved here were "against the laws of the United States," the Court has subject matter jurisdiction and Defendant's Motion must be denied.  Defendant's

---

[1]Docket No. 133.

[2]317 U.S. 111 (1942).

reliance on *Wickard* is misplaced.  The fact that "Defendant never registered nor received

benefits from any federal agency regulating controlled substances"[3] is inapposite.

It is therefore

ORDERED that Defendant's Motion to Dismiss for Lack of Jurisdiction (Docket No.

133) is DENIED.

DATED this 20th day of August,  2007.

BY THE COURT:

_____

TED STEWART
United States District Judge

---

[3]Docket No. 133, at 3.