IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JAY SORENSEN,<br><br>Defendant, | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR REHEARING<br><br><br><br>Case No. 2:99-CR-441 TS |

This matter is before the Court on Defendant's Motion for Rehearing. The government has not responded to Defendant's Motion.

On August 20, 2007, the Court issued an Order denying Defendant's Motion to Dismiss for Lack of Jurisdiction.[1] For the same reasons stated in the Court's August 20, 2007 Order, the Court will deny Defendant's current Motion.

It is therefore

ORDERED that Defendant's Motion for Rehearing (Docket No. 138) is DENIED.

---

[1]Docket No. 136.

1

DATED this 30th day of October, 2007.

                         BY THE COURT:

                         _____
                         TED STEWART
                         United States District Judge